**Order filed April 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00179-CV
_____

## WILLIAM E JOHNSON, Appellant

## V.

## MICHAEL MCSPADDEN, ET AL, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2018-88120**

## ORDER

This is an appeal from the January 30, 2019 denials of two motions: (1) plaintiff's motion to proceed in forma pauperis, and (2) plaintiff's motion requesting leave to file. It appears we lack jurisdiction over this appeal, but we are unable to make that determination because the clerk's record has not been filed. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a partial clerk's record on

or before **April 22, 2018**, containing **any judgment that has been signed in this case**.

If the requested item is not part of the case file, the district clerk is directed to file a partial clerk's record containing a certified statement that the requested item is not a part of the case file.

PER CURIAM